# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

XB1109036

IN RE:

|  |  |
|---|---|
| Robert L. Stuart, II; | ] Case Number 11-06729 |
|  | ] CH 13 |
|  | ] Judge Jacqueline P. Cox |
|  | ] |
|  | ] |
|  | ] |
|  | ] |
|  | ] |

## STATEMENT OF MORTGAGE DEFAULT

Now comes Neighborhood Lending Services, Inc. by and through its attorney Clay Mosberg of the law firm of Freedman, Anselmo, & Lindberg, and files a statement of mortgage default amount.

Account is post petition due for 3/17/2011 to 9/17/2011 at $283.87 each for a total post petition due amount of $1,987.09.

Neighborhood Lending Services, Inc.

/s/ Clay Mosberg
One of its Attorneys

FREEDMAN ANSELMO LINDBERG LLC
1807 W. Diehl Rd., Ste 333
Naperville, IL  60566-7228
630-983-0770    866-402-8661
630-428-4620 (fax)
Attorney No.   Cook 26122, DuPage 42005, Kane 031-26104,
Peoria 1794, Winnebago 3802, IL 03126232
Steven Lindberg- 3126232, Louis Freedman- 3126104, Thomas Anselmo- 3125949
Doug Oliver - 6273607, Barbara Nilsen- 6287524, Clay R. Mosberg- 1972316,
Karl V. Meyer- 6220397, Jonathan Nusgart- 6211908, William B. Kalbac- 6301771
Bryan D. Hughes- 6300070, Sara K. Lash- 6300299, John Gerrity- 6303376
W. Brandon Rogers- 6302871, Jason A. Newman, Of Counsel,- 6275591

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Certificate of Service:

      I hereby certify that a true and accurate copy of the attached pleading was deposited in the United States mail, first class, postage prepaid, on September 30, 2011 addressing the following:

TO:   Robert L. Stuart, II, 1650 S. Komensky, Chicago, IL 60623
       Tom Vaughn, 55 E. Monroe Street, Suite 3850, Chicago, IL 60603
       Robert J Adams, 125 S. Clark, Suite 1810, Chicago, IL 60603